■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HATTIE MINNIEFIELD, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered April 7, 1976, convicting her of criminal sale of a controlled substance in the third degree, upon her plea of guilty, and imposing sentence. Case remitted to Criminal Term to hear and report on whether defendant-appellant, prior to entering her plea of guilty, had been advised by her trial attorney of the possibility of an "agency" defense, and appeal held in abeyance in the interim (see *People v Harris,* 54 AD2d 946). The record is presently silent on whether defendant's trial attorney advised her as to the "agency" defense. The facts which will be brought out at the hearing may shed some light on whether defendant's plea of guilty was knowingly and intelligently made. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MUIR, Appellant.—Appeal by defendant, as limited by his motion, from (1) a sentence of the County Court, Orange County, imposed February 18, 1976, upon his conviction of criminal possession of a controlled substance in the fifth degree, upon a jury verdict, the sentence being an indeterminate term of imprisonment with a maximum of 10 years and (2) an order of the same court, dated September 22, 1976, which denied his motion, made pursuant to CPL 440.10, to vacate the judgment of conviction. Appeal from the order dismissed. No certificate granting leave to appeal has been issued (see CPL 450.15). Sentence modified, as a matter of discretion in the interest of justice, by reducing it to an indeterminate term of imprisonment with a maximum of three years. As so modified, sentence affirmed. The sentence imposed was excessive to the extent indicated herein. Margett, J. P., Damiani, Rabin and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEYMOUR VOGEL, Appellant.—Appeal by defendant, as limited by his motion, from so much of a sentence of the County Court, Nassau County, imposed February 11, 1977, upon his conviction of petit larceny, upon a plea of guilty, as conditioned a sentence to a period of probation upon defendant's surrender of his New York and New Jersey real estate broker licenses. Sentence modified, as a matter of discretion in the interest of justice, by adding thereto a provision that surrender of the licenses shall be without prejudice to defendant's right to apply for their reinstatement. As so modified, sentence affirmed insofar as appealed from. In the interest of justice, defendant should be permitted to apply for the reinstatement of his real estate broker licenses. Margett, J. P., Damiani, Rabin and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE WILLIAMS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 29, 1974, convicting him of robbery in the first degree (two counts), upon a jury verdict, and imposing sentence. Judgment affirmed (see *People v Crimmins,* 36 NY2d 230; see, also, *People v Springle,* 49 AD2d 929). Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.